UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
**MIRIAHM PALOMA**,                                            :
                                                               :
                Plaintiff,                    :   **MEMORANDUM AND ORDER**
                                                               :
      – against –                                      :   21-CV-6041 (AMD)(JRC)
                                                               :
**LASERSHIP** and **ISRAEL LUCIANO**,                          :
                                                               :
                Defendants.                   :
                                                               :
-------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

      On October 26, 2021, the plaintiff Miriahm Paloma filed this *pro se* civil action, alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*  She did not submit the filing fee.  Her initial application to proceed *in forma pauperis* ("IFP") was insufficient to establish indigency that would entitle her to proceed without the prepayment of fees, because it did not state the source or amount of her income or provide any information about her assets or monthly expenses.  (ECF No. 2.)  By Order dated November 9, 2021, the Court directed the plaintiff to pay the filing fee or file a Long Form IFP application to cure this deficiency.  (ECF No. 4.)  The plaintiff submitted the Long Form application on November 18, 2021, but it was equally deficient.  (ECF No. 5.)  By Order dated December 5, 2021, the Court denied the plaintiff's IFP application and directed her to pay the filing fee within 14 days.[1]  (ECF No. 6.)  The plaintiff has not submitted the filing fee within the time allowed.

---

[1] After the Court denied her IPF application, the plaintiff submitted another Long Form application on December 15, 2021.  (ECF No. 7.)  It provided even less information than her previous applications and was also deficient.

## CONCLUSION

Accordingly, the complaint is dismissed without prejudice. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff and close this case.

**SO ORDERED.**

                                                     s/Ann M. Donnelly
                                                   _____
                                                   ANN M. DONNELLY
                                                   United States District Judge

Dated: Brooklyn, New York
        January 6, 2022